IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Miller, Jeffery | Case Number:  05 B 40099 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/5/08 | Filed:  9/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 17, 2008
Confirmed: December 8, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,000.00 | |
| Secured: | | 1,813.11 |
| Unsecured: | | 84.12 |
| Priority: | | 0.00 |
| Administrative: | | 1,894.00 |
| Trustee Fee: | | 209.51 |
| Other Funds: | | 999.26 |
| Totals: | 5,000.00 | 5,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Urban & Burt Ltd | Administrative | 1,894.00 | 1,894.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 1,813.11 | 1,813.11 |
| 4. | RJM Acquisitions LLC | Unsecured | 14.30 | 84.12 |
| 5. | Chase Manhattan | Unsecured | | No Claim Filed |
| 6. | Capital One | Unsecured | | No Claim Filed |
| 7. | RMI/MCSI | Unsecured | | No Claim Filed |
| 8. | Homewood Disposal Service, In | Unsecured | | No Claim Filed |
| 9. | Citibank | Unsecured | | No Claim Filed |
| 10. | Collection Company Of America | Unsecured | | No Claim Filed |
| 11. | Medical Collections | Unsecured | | No Claim Filed |
| 12. | Nuvell Financial Services | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 3,721.41 | $ 3,791.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 99.00 |
| 5% | 30.00 |
| 4.8% | 47.50 |
| 5.4% | 33.01 |
| | $ 209.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Miller, Jeffery | Case Number: 05 B 40099 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/5/08 | Filed: 9/26/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*